Richard Joseph RAMSEY,
Petitioner—Appellant,

v.

Patricia R. STANSBERRY,
Respondent—Appellee,

and

United States Court of Appeals for the
Armed Forces, Respondent.

No. 07–7168.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 19, 2007.

Richard Joseph Ramsey, Appellant Pro Se. Steve R. Matheny, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Joseph Ramsey, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and subsequent Fed. R.Civ.P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ramsey v. Stansberry,* No. 5:06–hc–02187–D (E.D.N.C. July 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*